

RICHARD DELON DAY, JR.
ADC #88100                                                                PLAINTIFF

V.                          5:05CV00033 WRW/JTR

CORRECTIONAL MEDICAL SERVICES, et al.                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this § 1983 action is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants.

Dated this 6th day of July, 2005.

UNITED STATES DISTRICT JUDGE